IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOAN REAM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:14-CV-4338-B |
| | § | |
| CITY OF HEATH, TERRY GARRETT, | § | |
| and LORNE LIECHTY, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court are the Magistrate Judge's Findings, Conclusions, and Recommendation ("FC&R") regarding the disposition of Defendant Terry Garrett's ("Garrett") motion to dismiss filed in this civil rights action brought under 42 U.S.C. § 1983. The FC&R recommends denying Garrett's motion and requiring Plaintiff to respond to Garrett's immunity defense by filing an amended complaint. After conducting a *de novo* review pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) of the pleadings, files, and record in this case, as well as the FC&R and the Plaintiff's Objections thereto, the Court is of the opinion that the FC&R are correct and they are accepted as the findings and conclusions of the Court. The Plaintiff's Objections are overruled.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated June 2, 2015 are hereby **ACCEPTED**. Defendant Garrett's Rule 12(b)(6) motion to dismiss (Doc. 15) is **DENIED** without prejudice. Plaintiff is **ORDERED** to respond to Garrett's immunity defense by filing an amended complaint by **August 28, 2015**.

SO ORDERED.

SIGNED: July 16, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE