UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOAN REAM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:14-CV-4338-B |
| | § | |
| TERRY GARRETT, and | § | |
| LORNE LIECHTY, | § | |
| in their individual capacities, | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of the United States Magistrate Judge Paul D. Stickney. Objections were filed. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions and Recommendation to which objection was made. The objections are overruled.

**IT IS THEREFORE ORDERED** that Defendant Liechty's Second 12(b)(6) Motion to Dismiss [D.E. 45] is **GRANTED** and Defendant Garrett's Rule 12(c) Motion for Judgment is **DENIED**.

**SO ORDERED** this 14th day of January, 2016.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

1